# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MOUNTAIN PORTFOLIO OWNER LA
8 LLC

VERSUS

GSS HOLDINGS LA, LLC,
SUKRANJAN SINGH MULTANI, AND
ANY OCCUPANTS OF 12425 ST.
HELENA STREET, CLINTON, LA
70722

NO.   2025 CW 0214

**FEBRUARY 28, 2025**

---

In Re:    SS Food Mart, LLC, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          47961.

---

**BEFORE:    THERIOT, PENZATO, HESTER, MILLER, AND EDWARDS, JJ.**

**STAY OF EXECUTION OF FEBRUARY 24, 2025 JUDGMENT OF EVICTION GRANTED; WRIT GRANTED WITH ORDER.**  The district court's denial of the motion for suspensive appeal and request for order setting bond is vacated.  This matter is remanded with instructions to the district court to grant a suspensive appeal to SS Food Mart, LLC and set the suspensive appeal bond in accordance with La. Code Civ. P. art. 4735.  Execution of the February 24, 2025 judgment of eviction is stayed pending the district court's grant of the appeal and setting of the bond and to allow relator to post the bond, in accordance with La. Code Civ. P. art. 4735.

**AHP**
**CHH**
**SMM**
**BDE**

**Theriot, J.,** dissents and would deny on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT